Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

# UNITED STATES DISTRICT COURT

for the *Eastern*

District of *Pennsylvania*

Division *Civil*

|  |  |
|---|---|
| *Eria S. Chandler* | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)*  ☑ Yes  ☐ No |
| -v- | |
| *Jane Mannon* *Milton S. Hershey Medical Center* *VP of Human Resources* *500 University Drive - A130* *Hershey, P.A. 17033* | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non−Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name     Erica S Chandler
Address    110 Hess Blvd
Lancaster    Pa    17601
*City*     *State*     *Zip Code*

County    Lancaster
Telephone Number   (717)557-9814
E-Mail Address   e.s.wilson2014@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    Andrew T. Tinsley MD
Job or Title *(if known)*   Gastroenterologist
Address    500 University Dr.
Hershey    Pa.    17033
*City*     *State*     *Zip Code*

County
Telephone Number   (717) 531-8521
E-Mail Address *(if known)*

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name    Aaron Swartout
Job or Title *(if known)*   District Manager / Marketing Sales.
Address    One La-2-Boy Drive
Monroe    MI    48162
*City*     *State*     *Zip Code*

County
Telephone Number   (734) 790-1738
E-Mail Address *(if known)*   Aaron.Swartout@la-2-boy.com

☑ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name                            Mary Holzer

Job or Title *(if known)*       Store Manager

Address                         La-Z-Boy Furniture Gallery
                                1484 Harrisburg Pike
                                Lancaster, Pa. *State* 17601. *Zip Code*
                                           *City*

County

Telephone Number                (717) 396-9535 / (717) 538-3237

E-Mail Address *(if known)*

☑ Individual capacity   ☑ Official capacity

Defendant No. 4

Name                            Erica Roberts

Job or Title *(if known)*       Store Designer

Address                         La-Z-Boy 1484 Harrisburg Pk.
                                Lancaster        Pa          17601
                                    *City*        *State*     *Zip Code*

County                          Lancaster

Telephone Number                (717) 396.9535

E-Mail Address *(if known)*

☑ Individual capacity   ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
     Amendment 1 freedom of speech caused obstacles to prevent my claim's being heard; Racial Discrimination Act 1973; Amendment 13 - free from Slavery and involuntary Servitude; free from cruel and unusual punishment (mental, physical, emotional)

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**Defendants Continued:**

| | |
|---|---|
| **Name** | Debra Ristanbatt |
| **Job or Title** | Lead sales Rep |
| **Address** | 1484 Harrisburg Pike |
| | Lancaster, Pa. 17601 |
| **County** | |
| **Telephone Number** | Work (717) 396-9535/ Cell (717) 940-2418 |
| **Email** | Unknown |

*Individual / official Capacity*

| | |
|---|---|
| **Name** | Amber Parrott |
| **Job or Title** | Sales Rep |
| **Address** | 1484 Harrisburg Pike |
| | Lancaster, Pa. 17601 |
| **County** | |
| **Telephone** | Work (717) 3969535 |
| **Email** | Unknown |

*Individual / official Capacity*

| | |
|---|---|
| **Name** | Jennifer Wintergrass |
| **Job or Title** | Store Manager (Michael Kors) |
| **Address** | 72 Outlet Square |
| | Hershey, Pa. 17033 |
| **Telephone** | Work (717) 531-3414/ Cell (717) 329-8859 |
| **Email** | Jennifer.wintergrass@michaelkors.com |

*Individual / official Capacity*

| | |
|---|---|
| **Name** | Jonathan P. |
| **Job or Title** | Assistant Manager (Michael Kors) |
| **Address** | 72 Outlet Square |
| **County** | |
| **Telephone** | Work (717) 531-3414 |

**Email**               Unknown

*Individual / official Capacity*

**Name**                Sharonda Green – Carter

**Job or Title**        R.N., CCRN

**Address**             145 Jonathan Court

                        Wrightsville, Pa. 17368

**Telephone**           Cell (347) 210-7153

**Email**               Unknown

*Individual / official Capacity*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please see attached

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

Penn State Milton S. Hershey Medical Center (Endoscopy Suite)
500 University Drive
Hershey, Pa. 17033.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

February 28, 2019

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see attached documents:

I am the plaintiff in the allege complaint stating that a malicious crime has been committed against me as a result of working at a company by the name of La-Z-Boy Furniture Galleries Incorporated. While employed I was racially profiled, and consumed food in the workplace which later led me to become ill. When I was offered medical benefits through the company I used the medical benefits (Blue Shield/Blue Cross) to seek medical attention. On the day, February 28th, 2019 I had a procedure performed called an "Endoscopy", "an Endoscopy is the insertion of a long thin tube into the body to observe internal organ or tissue in detail, it can also be used to carry out other tasks including imaging and minor surgery; Endoscopes are minimally invasive and can be inserted into the openings of the body such as mouth or anus."(Medical News Today, 2004-2021). I felt that I needed to have this procedure done to check for any abnormalities in my intestine that caused me to feel ill and stool to have an odor that smelled like ammonia. In addition the behavior of my coworkers in the workplace was very strange, I was taunted with whispers, smirking, giggling and things mumbled under their breath as I walked about the store to perform my daily tasks. Unfortunately, no matter how much I tried to be the bigger women and simply ignore it, the behavior continued to the point I had no choice but to accept the fact that it was directed toward me. The environment at the company was toxic and hostile on a daily basis. This resulted after I spoke up about an incident that occurred on April 28th 2018, regarding a Sales Manager Frances McClure who referred to me as a "colored girl", **please see attached document 'CHARGE OF DISCRIMINATION'** issued by the EEOC. I reported the incident to Greg Osborne who did not address the issue. I then reported the incident to Greg Osborne's District Manager Aaron Swartout who thought that it was inappropriate. I presume he addressed the situation however, I am not positive because there was not a mediation or sit down with all parties involved to address the matter as a group, which would have been I myself, Frances the Sales Manager as well as her boss Store Manager Greg Osborne and the District Manager Aaron Swartout. When I was referred to as a "colored girl" I admit that I should have quit. The reason that I did not quit when I was racially profiled as well as the realization setting in that I indeed happened to be the only minority in the workplace, is because I was working toward building a career while pursuing my AABF as an online student at the University of Phoenix to improve my life as a whole. I started pursuing my degrees late in life and I was in my late 30's getting no younger I needed to get my life in order. I was initially excited about landing a job at the company, where I knew that I could make good money based off my customer service skills and previous experience in commission, not to mention my passion for helping others and working as a team toward a common goal. I left two PT jobs as a manager (key holder) to work FT at La-Z-Boy as a Sales Associate. However, I applied for a Lead Sales Rep position on Indeed that was eliminated upon hire. I was disappointed when I was told that the Lead position was no longer available because I became accustomed to being an opener/closer of a store that entailed the responsibilities of possessing a key and alarm code as well as other managerial duties. I downgraded from a position where I was being mentored to becoming an Assistant Manager. I am mentioning key points in this claim to be thorough in my explanation about how a malpractice suit stems from a racial discrimination suit against a company that racially profiled me and how I can prove beyond a reasonable doubt with the evidence and documentation that I have accumulated over time that an inhumane act was committed against me that was premeditated. I am claiming Andrew Tinsley MD, a Gastroenterologist was negligent and conspired with La-Z-Boy when he performed an illegal procedure on my body that I did not consent to when I had the Endoscopy performed under the company's medical benefits.

I came to realize that something was seriously wrong with my body as of August 2020, although there were telltale signs that led up to my final conclusion. I am currently still experiencing symptoms even as I pursue my litigation against all parties involved in this inhumane act that has been committed against me to mentally, physically and emotionally destroy me! My life has been turned upside down to be a form of entertainment for others…at my expense! I have documented a lot while employed at La-Z-Boy, I also document as much as I can while I am still experiencing a form of stalking through technology! Before I continue to state key points on how I can prove that a conspiracy has been committed against me that involve all defendants in my claim. I will like to elaborate on this technology that even the most intelligent people will not be able to understand IF they never been exposed to it. It definitely is not "unforeseen" or an unknown phenomenon! One will also think, why will someone risk their livelihood and life successes to risk losing it all just to try to enjoy a form of entertainment that is beyond sick. The answer is some people simply have access to the necessary resources and are more privileged than others. Professionals from every arena have used these two things "resources and privileges" to get away with manipulating the legal system and getting away with the most serious crimes.

In this world that we live in technology has become so advanced. Advanced in a way where people have been opting in to be microchipped and are becoming walking cyborgs or intentionally altering their bodies indulging in a body-hacking experience to change their bodies INTENTIONALLY to embark on their own personal fetishes that involve transhumanism, techno-progressivism introducing Bio chemicals into the body to change its normal functionality. On a broader scale of technology in the medical field there is another level of *chipification*, "the embedding of a 'technique' inside the human body, is best illustrated by the ever-increasing, and in this instance positive uses of implant devices, for medical prosthesis and for diagnostics; Human centric implants are giving rise to the *Electrophorus*, the bearer of electric technology." (Uberveillance: Microchipping People and the Assault on Privacy, 2009). I have searched high and low to try to understand how the people that I use to work with became able to communicate with me when they are no were near me. They have been conducting a 24/7 remote neural monitoring on my person that I have been trying to escape since I came to fruition of what was happening to me. This is a serious crime against me that is referred to as "heavy sin" by Aaron Swartout District Manager of La-Z-Boy! I know that this sounds insane, which is a reason that I felt that I had no one to talk to about this situation! I have been tormented with electronic harassment on different areas of my body, that I often feel like a walking human voodoo doll! While I search for answers from medical advisors there is no denying that there are red flags, however a solution has not yet been found. I have not had all the necessary testing on my body to prove what is happening but I can still prove beyond a reasonable doubt that it is! The pandemic has caused barriers in getting immediate help, because I cannot arrive at a specialist office and demand that I have been illegally microchipped and speak about everything that I am experiencing I will be looked at like I am crazy… I have been looked at as if I am crazy. It takes a medical professional that is advanced in Medical Technology to understand how this happened to me, begin to perform the correct analysis on my body to conclude that indeed what I am describing is or has happened to me. I have an Idea of what I am experiencing revolves around what is called a, "Wireless Body Area Network (WBAN) which is a new trend in technology that provides remote mechanism to monitor and collect patient's health record data using wearable sensors." (Survey of Main challenges (security and privacy) in wireless body area networks for healthcare applications, 2016). This technology enables a Human computer interaction that is field based in design and the use of computer technology, which focuses on the interfaces between people and computers. Smartphones can remotely access the information sensed by the sensor or a Personal Digital Assistant (PDA) between the patient and qualified medical officials. This is a healthcare application that brings benefits and challenges to the healthcare sector. It is critical that this data does not fall into the wrong hands or someone with access allows a data breach to take place. If this medical equipment falls into the wrong hands it can be

harmful even deadly to the patient. Unfortunately, I have fallen victim to becoming a kind of target, I have been implanted with something to allow my body to feel hot/cold sensations, genital harassment, and my nerves are manipulated to cause high levels of pain. I've noticed strange lesions, experience tingling sensations, and sharp stabs that I often feel like a pin cushion. In addition, I have noticed my body do things that I normally wouldn't do when intimate. I realized January 2021 that I was not the only person engaging when I would have intercourse. It sounds very sci-fi but the technology exists whereas people can be connected through technology to experience a surreal experience as if they are actually present with the person they are connected to and sync with another's senses. This is possible by having sensor nodes implanted or worn on the body surface. For example, there is different systems of networking that allow individuals to interact in an augmented virtual reality that allows brains to connect with one another through a super computer. For example, I have something implanted in my body, but those who are monitoring me may be wearing sensor pads in order to manipulate my body so that our senses are connected something that I did not consent to. I am claiming that Andrew Tinsley manipulated my body and rigged my nerves to enable others to interact with my body to enjoy causing me pain or pleasure. This is a crime that was premeditated and as I stated in the Charge of Discrimination issued by the EEOC management and medical professional conspired to cause me ill will!

As, I proceed in proving my case I am aware that "The presumptions of innocence is a legal principle that every person accused of any crime is considered innocent until proven guilty; Under the presumption of innocence, the legal burden of proof is thus on the prosecution, which must present compelling evidence to the trier of fact!" (Presumption of Innocence, 2021). I am asking the Honorable Judge appointed to my case to initiate an investigation based off of the Federal Questions that I am raising in this claim.

Erica S. Chandler

## FEDERAL QUESTIONS

- Did the defendant Andrew Tinsley M.D, attending physician ever introduce himself to plaintiff?
- Did the defendant Andrew Tinsley M.D. greet plaintiff prior to the surgery performed on Feb 28, 2019, or go over after care instructions? If no, why?
- Did defendant Andrew Tinsley EVER speak to plaintiff?
- How long was the actual Endoscopy procedure?
- Does any defendant employed at La-Z-Boy know anyone personally at the Hershey Medical Hospital?
- Has any defendant employed at La-Z-Boy ever communicate to anyone employed at the Hershey Medical Hospital anything concerning plaintiff that should not have been discussed outside of the workplace? Such as her complaints of being racially profiled or curious about food she consumed?
- Has any defendant at La-Z-Boy ever willingly admit to poisoning plaintiff while she was employed with the company?
- Has any defendant employed at La-Z-Boy ever communicate to anyone employed at Michael Kors Outlet store where plaintiff found employment anything pertaining to her being a target upon hire or soon after she was hired?
- Did defendant Aaron Swartout offer any monetary value to defendants Jennifer Wintergrass or her Assistant John LNU to conspire to join in targeting plaintiff?
- Does any named defendant have an App downloaded into their smartphones or any device to monitor plaintiff 24/7? Do you use this App every day or in the workplace? Can you prove that you do not use your cell phones for this illegal behavior?
- Does anyone at La-Z-Boy or the Hershey Medical Center know the defendant Sharonda Green-Carter CCRN? If so how long?
- Does defendant Sharonda Green- Carter CCRN still practice in New York? If so may we contact your current employer?
- Did defendant Sharonda Green- Carter CCRN express to Officer Gordon of Hellam Township Police that she indeed still commutes to New York to work? If so when?
- Did plaintiff ever accuse Sharonda- Green Carter CCRN of targeting her with a company that she previously worked for namely La-Z-Boy?
- Why did the defendant Sharonda Green- Carter CCRN refrain from attending a court date to testify against plaintiff regarding harassment charges that she herself pressed against plaintiff?
- Is defendant Sharonda Green-Carter CCRN aware that the same officer she asked to press charges on plaintiff is now willing to testify in court on plaintiff behalf?
- Did defendant Sharonda Green Carter and Defendant Erica Roberts follow plaintiff home from her job located in Hershey at the Michael Kors Outlet store on July 13th 2020?
- Did the Defendant Erica Roberts pull aside plaintiff vehicle and point anything at plaintiff on July 13th 2020 while defendant Sharonda Green Carter high beamed defendant Erica Roberts to proceed?
- Did the defendant Sharonda Green-Carter know that plaintiff resided in the community of Cool Creek Manor before she decided to reside there? If so, how?
- Is defendant Sharonda Green-Carter receiving any monetory value from defendant Aaron Swartout to remotely monitor plaintiff from the comfort of her home?

- Has defendant Sharonda Green-Carter ever monitor patients remotely in her past?
- Are any defendants capable of monitoring plaintiff 24/7 with a form of technology that enables a brain-computer interface where sensory nodes are involved to help create a reality experience?
- Does any defendant have anything in their homes that enables them to watch plaintiff, touch plaintiff, even see what the plaintiff sees?
- Has any defendant's lifestyle change dramatically since they have had access to this technology?
- Have any of the defendants ever target anyone other than plaintiff in the past or present?
- Has Defendant Andrew Tinsley M.D. communicate with anyone of the other named defendants between February 28, 2019-present?
- Has plaintiff ever accused Defendant Jennifer Wintergrass her previous manager of stalking her? If so, ask named defendant why she feels plaintiff accused her of this act. Did named defendant report the accusations to communications as she said she would? If so, what happened?
- Are the defendants aware that plaintiff reached out to corporate offices prior to Notice of Rights issued?
- Did the corporate office Capri Holdings for Michael Kors receive a complaint of the plaintiff reporting unethical behavior that she was experiencing from one of their employers namely defendant Jennifer Wintergrass and defendant John LNU?
- Does anyone know why a complaint was sent certified mail to Capri Holdings Corporate Office and return receipt was requested, however the receipt came back with no signature. Yet there still is no response or acknowledgment of receipt for plaintiffs' claims of what she is experiencing? The tracking states that the letter was received. Does anyone want to explain why something seems to be covered up and why?
- Were any defendants coerced into participating in targeting plaintiff under the provision they will be able to get rich, based off what all the defendants share in common which is knowing what has been implanted in plaintiff by Andrew Tinsley M.D.?
- Was Black mailing Andrew Tinsley M.D. something anyone amongst the defendants discussed?
- Does anyone in the Executive Corporate office of La-Z-Boy above Defendant Aaron Swartout know of any of plaintiff's complaints? If so, was there an investigation prior to plaintiff contacting EEOC? If they are not aware why are they not when plaintiff sent complaints not once but twice to corporate office which she can validate with her tracking receipts. The complaints were received at corporate address in April 2021. Again, why does it seem someone is trying to keep something or "someone" hidden?
- Is anyone aware at La-Z-Boy corporate office above Defendant Aaron Swartout know of what the plaintiff experienced in the workplace when she was racially profiled?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Constantly feel pain in areas of the head that led me to a MRI of the brain. Results show subtle focal white matter signal alterations in the pericallosal white matter along posterior body of corpus callosum MRI suggest as appropriate clinically consider interval follow up re-evaluation.
I am pushing for a full body MRI to fully examine my entire body I am requesting further testing of the brain to further analyze any abnormal brain wave patterns. (EEG)
Further evaluation of my sensory system what is triggering involuntary limb movements, sudden weakness, memory loss, speech voice changes. Facial twitching, numbness of facial areas, numbness in areas where full body Thermal Imaging test show abnormal hyperthermia in areas that raise many questions that require further evaluation

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I request the Court to further investigate to allow Further evaluation of my body to take place before ruling in addition to looking further into the premeditated conspiracy that surrounds the parties involved. If any of my claims raise suspicion; require the court to further question. I ask this honorable court to appoint an independent investigator, and to appoint plaintiff counsel moving forward.
   For the mental, physical and emotional torment that has been inflicted on me as a result of the gross violations of the plaintiffs Constitutionally protected rights as a native born citizen of The United States of America. I am asking/humbly requesting that this honorable court grant the Plaintiff the relief sort of 25 million.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   _July 16, 2021_

Signature of Plaintiff   _Erica S. Chandler_
Printed Name of Plaintiff   _Erica S. Chandler_

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Address   _____

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

Telephone Number   _____
E-mail Address   _____

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 530-2021-02683 |

| Pennsylvania Human Relations Commission | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Miss Erica S. Chandler | (717) 823-9957  714 557 9814 *EC 7/16/21* | 02/04/1979 *EC* |

| Street Address | City, State and ZIP Code |
|---|---|
| 110 Hess Boulevard, Lancaster, PA 17601 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| LAZY BOY FURNITURE GALLERIES | 500 or More | (717) 396-9535 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1484 Harrisburg Pike, Lancaster, PA 17601 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☒ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 05-01-2018 | 05-15-2019 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

i. Respondent hired me sometime in April 2018 as a Furniture Sales Associate with base pay plus commission. I resigned May 15, 2019. I am Black.

ii. Sales associates worked on a rotation set up. Each customer had to be greeted. If they indicated they had previously been to the store and worked with a sales associate, we had to direct the customer to that sales associate (if they were working that day) or help them and split the commission. One day, a customer came into the store. She said she was in the store before but couldn't remember who she previously worked with. She decided to come into the store at another time, so she scheduled an appointment with me. On the day of appointment, she noticed Frances LNU, the sales manager, and identified her as the employee who assisted her in the past. I then excused myself and approached Frances that a client was back in the store, would she like to continue to work with her. Frances advised me it was okay to move forward with closing the designing on my own because it had been three months since the client had been in the store. After the client made

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 4/9/21      *Erica Schandler*<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

*pending lawsuit*

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To:  **Erica S. Chandler**
     **110 Hess Boulevard**
     **Lancaster, PA 17601**

From:  **Philadelphia District Office**
       **801 Market Street**
       **Suite 1000**
       **Philadelphia, PA 19107**

[ ]  *On behalf of person(s) aggrieved whose identity is*
     *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **530-2021-02683** | **Legal Unit,**<br>**Legal Technician** | **(267) 589-9707** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[X]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]  The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*Dana R. Hutter*

April 21, 2021

Enclosures(s)

**Dana R. Hutter,**
**Deputy Director**

*(Date Issued)*

cc:  **Raphael Richmond, Esq.**
     **Sr. Director of Corporate Compliance and**
     **Employment Law**
     **LA-Z-BOY INCORPORATED**
     **One La-Z-Boy Drive Monroe**
     **Monroe, MI 48162**

Copy of Complaint receipt.



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF GENERAL COUNSEL

PROFESSIONAL COMPLIANCE OFFICE

04/05/2021

ERICA S CHANDLER
110 HESS BLVD
LANCASTER, PA 17601

Re: CP_21_005610

Dear ERICA S CHANDLER:

This letter will acknowledge receipt of your formal complaint against **ANDREW TINSLEY**.

**Complaint Case Number 21-49-005642** has been assigned to this matter; please refer to the case number if you need to contact this office regarding your complaint.  Any additional information or inquiries should be submitted in writing or emailed to st-complaints@pa.gov.

We will conduct an inquiry into the allegations; however, due to the number of cases processed by this office, **we are unable to provide you with regular status reports or updates regarding your complaint.**  Normal processing time is 9-12 months; however, it can take longer depending on the caseload of the investigator and/or the attorney.  We appreciate your patience as your complaint is processed. If you did not request to remain anonymous, you will be notified of the final disposition.

Please note the Department does not intervene in billing issues and in most instances, the Department is unable to get monetary restitution on behalf of a party. We recommend you contact an attorney if you are seeking restitution.

We invite you to visit our website at www.dos.pa.gov for further information regarding the complaint process and the 29 professional and occupational licensing boards and commissions, regulated by the Department's Bureau of Professional and Occupational Affairs.  To verify a license or to view public disciplinary action taken against a licensee, you may wish to visit www.pals.pa.gov.

Thank you for bringing your concerns to our attention.

Sincerely,

Professional Compliance Office

/mlp

DEPARTMENT OF STATE / OFFICE OF CHIEF COUNSEL
2601 North 3rd Street / P.O. Box 69522 / Harrisburg, PA 17106-9522
Phone: 800-822-2113 / Fax: 717-7052882 / www.dos.pa.gov

*Copy of claim sent to Lazy Boy Corp. before FEOC received complaint issuing Notice of Rights on both parties Hershey Medical Hospital / Lazy Boy incorporated.*

**DESCRIPTION OF COMPLAINT:** *This was received in April 2021. Not acknowledged.*

Please describe your complaint in detail below. State the facts briefly and clearly. List services provided by licensee, registrant, certificate holder or commission holder. Provide relevant dates. List fees paid for notary services, if applicable. Attach **copies** of related documents that support your complaint. Do **NOT** enclose original documents, as they cannot be returned to you. If you need more space to describe your complaint, please continue on additional 8 1/2x 11" sheet(s) of paper.

**Complaints should be typewritten or clearly printed in black or blue ink.**

**Please keep a copy of your Statement of Complaint form for your records.**

To Whom It May Concern I had an endoscopy procedure done at the Hershey Medical Center on February 28, 2019. Andrew Tinsley was the attending physician. I am aware of what took place on Feb 28, 2019. I did not only have an "Endoscopy", but I believe and know for a fact that my body has been tampered with beyond disbelief! It is unbelievable that I am still alive and breathing. I am indeed alive but I am very sick. I am currently in the process of gathering all the evidence that I need to pursue a lawsuit against ALL parties involved to destroy me mentally, physically and financially. I am filing this complaint to state my claim that I will do everything in my power to prove that foreign objects have been placed in areas of my body and it is obvious. I have fallen victim to becoming what is called a "Targeted Individual". I am being attacked because of the foreign, microscopic artifacts that is inside of me and somehow allowing "Electronic Harassment" and a "Microwave Auditory Effect" take place. My life has been a living nightmare since I came to fruition of what was actually happening, as of July 27, 2020. However, I knew something was odd when I woke from the Endoscopy, I noticed something very strange, it felt as if I could pop bubbles of blood in my fingers and toes; each finger press, each toe step felt like miniature burst of say caviar type bubbles! I felt awfully strange but I pressed on! Due to a form of Voice to Skull (V2K) I have basically lost everything, but I refuse to lose my sanity!! I am being stalked and electronically harassed by individuals that I worked with at Lazy Boy Furniture Galleries due to some kind of microchip that has been placed inside of my body. This is a form of retaliation from me making an issue about being called a colored girl! A manager at Lazy Boy named Mary Holzer basically begged me to get medical benefits through the company during a toxic hostile environment that ensued after the write up of Sales manager Frances LNU. I am receiving or so it seems 24/7 remote neural monitoring. This is not an unforeseen phenomenon that has never taken place in the world, and I am not the only person who has fallen victim. However, I know exactly who my perpetrators are that have been present since the Endoscopy via espionage, and were also harassing me since the date of being called "colored". A conspiracy that I can and will prove to be factual of how this disturbing nightmare has become my reality. It was all premeditated.

I had the Endoscopy procedure done due to being taunted by coworkers that I was "sick". I already suffered from allergies and was seeking medical help through ear, nose, and throat physicians. Behind my condition worsening after consuming food in the workplace, 'that I have no proof of proving that I was poison in the workplace,' but the "behavior" of my ex-coworkers and how they behaved "suspicious" as if they were aware of something that I was oblivious to, (which was not the case) I was very aware of their actions. They made it obvious which I can show later through audio, documentation from 2018-present, as well as photos. I was discriminated upon and singled out! Moving on...so the environment became so unhealthy and stressful that I was forced to quit. I threatened to sue prior to quitting, and warned after no solution took place after continuous sit downs with higher management

that I was documenting EVERYTHING! As time pursues I try to move on with my life with ills here and there, changes occurred in my health. I started working out to feel better. I meant a professional athlete trainer Curtis Smith in June 2020. He started to help me pursue a heathy diet, workout regimen, and lifestyle offering his expertise as well as massage and chiropractic services. I decided to get a clean bill of health so I **scheduled** an appointment at the York Clinic to get bloodwork for STD's to prove to my trainer that I was in good health to possibly go further with a career in becoming his partner in a ZOOM program healthy fitness lifestyle. Arriving at the York Clinic day of appointment **PRESCHEDULED** week of July 5, 2020, approximately July 6th or 7th this is an approximate day; I had blood withdrawn from a women by the name of Kim Hall. Before entering the room to give blood, I was told to wait in the corridor, a man in a white shirt with a bald head came out of the office down the hall further looked at me nodded as if acknowledging something then I was asked by Kim to enter room. The man was Andrew Tinsley! He was at the York STD Clinic same day of my blood withdrawal. I knew something horrible happened with the intravenous needle stick. It was a set up that I have yet to prove but my body is evidence! I all of a sudden experienced muscle aches, involuntary limb movement, nerve issues as well as swollen legs more so around the ankles and a rash. I had to decline from my workout regimen and my diet was off. I became weak and lost weight. I am down 18-20 pounds since July 2020. I googled Andrew Tinsley his photo came up because I was curious what he looked like because of my health failing and the suspicious behavior at the York Clinic. I was not surprised at what I saw it was Andrew Tinsley I never seen Andrew Tinsley's face at the Endoscopy procedure.

I feel that I have been poisoned at the York Clinic as an effort to silence me. I feel like I am dying of what I don't know. It is not a known blood borne pathogen, but it is a toxin that acts as a disease that effects anyone I am intimate with. I have been told through a "Microwave Auditory Effect" that I am a "free porn show", that I appear as a "white girl hologram", "who knew", "it's all propaganda", and that I will do what I am told or else. My life has been threatened daily and the individuals want me to leave town, that I am just a target. 'They also remind me that I am "small" under "their umbrella" and that I will never win against a millionaire mogul. As I waste away I am being attacked through some kind of energy beams (MHz) as a result of some kind of transmitter placed in me to receive the energy. 'I will not give up, I will fight this to my last breath." The only way this could've happen to me is through a medical procedure by someone with the expertise in the Gastroenterology field of medicine. I have been trying to cope until I can have the necessary doctors in place that are experienced enough and practice with honor and integrity to help heal me and not secretly destroy me or condone this kind of sick act against humanity! I know it is designed to make me look insane. I am very focused and determined even with my health failing and odds against me. I have numerous appointments in place to get this in the spotlight psychiatrist, neurologist, my family physician, and physical therapy. The pandemic causes a delay in getting the help that I need, but I am on a mission to succeed or die trying. I've felt strange sensations in my vagina, haven't been able to use the bathroom or move bowels on my own, brain fog, memory loss, burning hot heat feeling, or ice feeling, gagging, popping of ears, sneezing uncontrollably, dizzy spells, strange dreams, forced wake, forced sleep, tightness in chest as if I have a pump in my heart, vibrating by vagina, itching at anus then unable to release bowels as if shut, stomach feels as if it could burst at times, and shortness of breath. My eyes do the strangest things like as if they are lenses and often feels like I have sand or dust in my eyes. I felt tingling in my eyelids as well as lesions

appearing on skin, nerves in teeth cause sensitivity. I visited a dentist and they told me any work needed can be put off, then soon as I leave out the dentist office I feel pain in my mouth.

Through this Microwave Auditory Effect I am asked "why I came to the company? That I am a felon that should have never been hired. That they cannot keep keeping me and I am being accused of illegal activity. I beg the people to leave me alone, if I've done anything wrong please report it to the authorities to stop causing me pain. I made the company over half a million dollars. They say that they will continue to do what they want and it seems that I can feel their emotions, tears, laughing, and excitement very strange. I went to the police (local) and to the FBI. I spoke to an agent in Harrisburg Daniel Wright who promised me if something is happening any abnormality in a MRI which he like me to get he will pursue! The NAACP is also doing what they can to locate me an attorney. I Erica Sheri Chandler of sound mind with the exception of V2K Voice to Skull vow that everything that I spoke of is honest and true. I am fully capable to attest in the court of law left hand on the bible, and right hand raised!

**How would you like this complaint to be resolved?**

I will like the medical board to make Andrew Tinsley MD aware of my complaint. I will like the matter to be investigated. I will like the doors to be open for me to get a full body MRI. I need thorough scanning and bloodwork. I should be tested for toxins that are deadly. I will like tracking performed of the electromagnetic waves that are targeting me that are able to cause me pain. I ultimately will like to be compensated for my pain and suffering once all is revealed. In the court of law a person is innocent until proven guilty. I know what was and is continuing to happen to me is uncivilized and inhumane. I ask for justice to be served!

Copy of complaint sent to Lazy Boy Corporation.
Return receipt signed. No response a a 300 3 yr.
Claiming District Manager is intercepting my mail
In order to keep a malicious crime concealed.

Mr. Kurt Sir,                                                    March 29, 2021

This note is in addition to the documents that are enclosed that I sent out to Secret Service, FBI, EEOC, Board of Health, and Judiciary Board and lastly I will be filing in the Clerk of Courts. I am addressing this matter legally. I have been signaled out and discriminated at your Lazy Boy Company located at 1484 Harrisburg Pike Lancaster, Pa. 17601.

Firstly, I like to inform you that initially I was under the impression that the Lazy Boy Corporation as a whole is involved with the mental & physical torment that I am experiencing. However, through a voice to skull microwave auditory effect which this technology that I had to research in full depth is unbelievable **(See attached documents to see explanation in detail)**. I will try to keep this letter directly to you brief. I am told by Aaron Swartout through this technology and other co-workers namely Mary Holzer, Debra Ristanbatt, and Erica Roberts (no longer employed), which I am only aware that Erica Roberts former store designer and Frances M. former sales manager who referred to me as a "colored girl" are no longer employed is because of the technology called V2K voice to skull. I never wanted to see or hear from any employee at your company since the day I left May 15, 2019! However, ironically Erica Roberts appeared on 283 on July 13th 2020 after I left a PT job I was working at Michael Kors outlet Hershey Pa. She pulled up beside me in a Gray KIA, the same vehicle she drove when I worked with her at Lazy Boy. I truly believe it was a set up. She "Erica" seem to be pointing something at me on that highway. You're welcome to do your own research on this technology and how it is operated to stalk and torment people.

Mr. Darrow Sir, I am dealing with something unfathomable. Your employee's Marketing Manager Aaron Swartout, Store Manager Mary Holzer, former designer Erica Roberts, Lead Associate Debra Ristanbatt, Associate Amber Parrott, as well as two conspirers from the Michael Kors store where I used to work Manager Jennifer Wintergrass and her Assistant Manager John LNU and a women by the name of Sharonda Green- Carter a women that actually moved into my community at Cool Creek Manor in Wrightsville are in possession of some kind of gadget that somehow is linked to me and this is made possible through an endoscopy I had done Feb 28, 2019 under Blue Shield medical benefits through your company sir! They say it was all for a sex tape "virtual" that I am a sex slave, that it is all unforeseen, and that I am rigged and I can never get out. They also tell me that I am a criminal that I never belonged at the company, I should have never came, who knew? They also say that I did something at the company to reference to "foreign policy". Sir I never did anything dishonest in your work place. I unkempt my professionalism, and integrity I practiced my workplace etiquette beyond exceptional. I made your company almost $600,000 in my first fiscal year because of my immaculate record of service and great interpersonal social skills and love for customer service. The women that I mention in this note are jealous, envious women that worked together with other people to conspire against me. Linda Downham Lead sales witnessed the environment but she did not partake.

Furthermore, I am told corporate Lazy Boy is not aware, but Aaron Swartout portrayed to be chuck Hauser. They act like he is present in this Microwave Auditory effect then they say he is not. Sir, I am being tormented but I am holding up. I plan to sue your company and all parties involved. I will not give up in proving this sick act that has been committed against me. A FBI agent told me that if a MRI shows **ANY** abnormity he will pursue. I am in the process of doing what's necessary, as your District Manager says, "you have a lot to prove" this is something he keeps saying to me. They say and do a lot of things to scare and intimidate me, telling me to RUN! Or to leave Lancaster all together that they will make me move, that I will BOLT! Sir, I have felt things beyond belief. I am opening your eyes here and now to something whether you're aware or not. I am now making you aware. I have audio that I recorded, I have documentation as well from 2018-2019. Mr. Darrow I planned on suing for discrimination and harassment in 2018 but I decided to try to make the best of the situation, but the environment became worse once Mary Holzer came from the York store once Greg Osborne retired, mind you they also say Greg was aware and told them not to do this to me. I became fully aware what was happening as of July 2020 but I knew something was amiss when the quarantine occurred from the pandemic. In August 2020 Debra Ristanbatt spoke to me through a Microwave Auditory Effect, she said "Your rigged you better walk and you know why"! I am going to take this all the way Sir. And I apologize if you are not aware and all the same I apologize if you are. I been wronged!

NOTE: Mary Holzer, Debra Ristanbatt

And Amber Parrott are in your store on

Smart phones stalking me with a form of spyware.

Sincerely, Former Employee

Erica Chandler



**Product Tracking & Reporting**

Help

UNITED STATES
POSTAL SERVICE®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | April 19, 2021 |

### USPS Tracking Intranet

### Delivery Signature and Address

> ⚠ **Price Change 1/26/2020:**
> USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.
>
> The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

**Tracking Number: EJ66 9634 738U S**

**This item was delivered on 04/12/2021 at 10:25:00**

< Return to Tracking Number View



| | |
|---|---|
| Signature | H S V e q t  6 2 0 2 S  4 9 |
| Address | l  L 9 2 Y B ~ v |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ⌄    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 21.3.0.0.5

*Sent Certified Mail no return receipt Signed.*
*No official response, acknowledge of claim letter.*
*Claiming Mail Fraud, Illegal tampering with mail*
*In order to hide a malicious crime.*

Ms. Erica Chandler

Former Employee

June 3, 2021


Capri Holdings Corporation

11 West 42nd Street

20th Floor

New York, NY. 10036


Subject: Request reason for termination/OFFICIAL date of termination

To whom it may concern,

      Greetings I am a former employee of the Michael Kors outlet store located at 72 Outlet square in Hershey Pennsylvania. My last day of employment was July 13th, 2020. I never returned to work when hours was offered for me to work August 1st, 2020. The reason that I did not return was due to an uncomfortable work environment which I believe was created for me prior to me arriving day of July 13th, 2020. I believe and know for a fact that the Manager Jennifer Wintergrass, and Assistant Manager John LNU is conspiring with former employer I use to work for Lazy Boy Furniture Galleries namely District Manager Aaron Swartout, Store Manager Mary Holzer, Store designer Erica Roberts, Debra Ristanbatt, Amber Parrot and a neighbor who is a CCRN Sharonda Green- Carter who are committing a crime using technology in the form of **neuralink a brain-computer interface** that I did not consent to. I have yet to prove this is happening because it is indeed far fetch and leaves one to wonder why someone would take such a risk to commit an act like this. The reason is because it is an accusation that is hard to believe but the technology does exist and when in the hands of the wrong people it can be life threatening and imposes danger to society as a whole. As I move forward with doctor visits and a lawsuit against Lazy Boy for a Sales manager referring to me as a **"colored girl"** that will hopefully soon go into a Malpractice suit against Hershey Medical Hospital, because of the toxic environment that was created that led me to have an endoscopy under Lazy Boy medical benefits, which led me to this reality of some kind of microchip that has been placed in my body that has made my life a living nightmare! I am accusing the Manager of Michael Kors Jennifer Wintergrass and her Assistant Manager John LNU of stalking me with this technology as well. I contacted Jennifer once I became aware she was involved via text to her current cellular that is the same personal contact she has had since the day I was hired. I have text messages logged of Jennifer and I communication. I accused Jennifer in the text dated February 17, 2021 6:22am which I said to her **"I quit yet you are still involved with stalking".** She then responded, **"I have no idea what you are referring to in any above text; you said you were moving that is why you left, I have NO CONTACT INFO ON YOU AND NOT CONNECTED TO YOU IN ANY WAY, I AM FORWARDING THIS COMMUNICATION TO MY COMPANY.** I have yet to hear from corporate in regards of accusing one of their employers of stalking me. So I believe Jennifer never communicated to anyone in corporate of the accusation simply because she is indeed guilty of what I am accusing her of. She

claimed she has no contact info to reach me in a text. That is a false statement because I have communicated to her during onboarding my email address E.S.WILSON2014@GMAIL.COM and again during quarantine via text my email which should still be in former employee's file. Also, when I was terminated and/or removed from payroll as a result of no longer being employed with the company should also be in the database. I called Jennifer at the store and she was very unprofessional and hung up me. I then called back and I did record the conversation I asked her why the line disconnected she said that it was because of a bad connection. I asked her to provide me proof that I was no longer employed with Michael Kors which I need for my own personal business which I am entitled to. Jennifer said that she was not privy to that information and referred me to a Jacklyn Mihal whom I left numerous messages and have yet to receive a call back. I contacted Jennifer again and she then gave me a number to someone named Juan who is affiliated with Michael Kors. I left numerous messages as well for Juan to contact me regarding this matter. I then attempted to call other stores because of getting what I believe is a "run around." I spoke to an Aisha at the Lancaster Michael Kors outlet. I explained to her the situation she told me to google Capri Holdings because she needs to protect her store, she also told me that I should be able to access workday even as a former employee. I then contacted Jennifer at the store again and she was rude spoke briefly and hung up she did not allow me to finish my sentence. I called the store back and I believe I spoke to a Justin whom again sat the phone down and would not speak to me I also have this recorded. I then called the boutique located in the Park City mall. I spoke to an Angela and Jennifer they gave me Jacklyn Mihal number and was not understanding why I was not getting thru or receiving a response. I was then given a Jonathan Stern, whom I was unable to reach as well, but I left numerous messages that have not been answered as of yet. I finally received a call from a man name Juan who stated he was with Loss Prevention with Michael Kors from a different number then what was given to me from Jennifer Wintergrass. Juan told me that he will look into getting the information that I needed. After communicating with Juan 3x he finally told me I was terminated from Michael Kors as of August 25, 2020, that he can forward the info to my email and/or my home address which I provided to him. It has been two weeks since I spoke to Juan and over a month since I been trying to communicate with HR. In addition Juan is no longer answering his phone I believe it was not an official call in the first place. Thus, I have not received anything tangible to prove I am no longer employed with Michael Kors, when I became officially terminated and the reason. Due to lack of proper business practice, lack of professionalism & integrity I am considering moving forward in a lawsuit against your company. I ask you to please further investigate my contact info is 717 ~~980-4949~~.

717 8239957 ec
110 Hess Blvd
Lancaster, P.a. 17601

Sincerely,

Erica S. Chandler

*Erica S. Chandler*

*Tanaje Mack witness*

COMMONWEALTH OF PA
COUNTY OF LANCASTER
SWORN AND SUBSCRIBED BY
*Erica S. Chandler and Tanae K. Mack*
THIS 4 DAY OF June 2021
NOTARY PUBLIC

Commonwealth of Pennsylvania – Notary Seal
Trina M. Albert, Notary Public
City of Lancaster, Lancaster County
My commission expires December 2, 2022
Commission number 1001192

| | |
|---|---|
| Related Product: | 9590 9402 6491 0346 5528 72 |

Agent Information

Request Internal USPS Tracking Plus Statement

**Extra Services**

**Extra Services Details**

| Description | Amount |
|---|---|
| Priority Mail Express Merchandise Insurance | $0.00 |
| PO to Addressee | |
| Up to $100 insurance included | $0.00 |

**Events**

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| TRACKING INQUIRY, IVR | VT | 06/09/2021 | 02:57 | | Customer Driven Activity | | | 06/09/2021 03:00:23 | Request Delivery Record |
| DELIVERED, FRONT DESK/RECEPTION/MAIL ROOM | 01 | 06/07/2021 | 14:48 | NEW YORK, NY 10036 | Scanned | MDD TR C080A03836 (interface type - wireless) | Scanned by route 0036C011 | 06/07/2021 13:51:10 | Facility Finance Number: 359657 Recipient Name: WAIVED  Request Delivery Record |
| TRACKING INQUIRY, IVR | VT | 06/06/2021 | 14:00 | | Customer Driven Activity | | | 06/06/2021 14:03:08 | |
| NO ACCESS | 30 | 06/05/2021 | 10:39 | NEW YORK, NY 10036 | Scanned | MDD TR C080A03836 (interface type - wireless) | Scanned by route 0036C011 | 06/05/2021 09:43:04 | GEO Location Data Available |
| OUT FOR DELIVERY | OF | 06/05/2021 | 10:11 | NEW YORK, NY 10036 | System Generated | | | 06/05/2021 09:27:17 | |
| SORTING/PROCESSING COMPLETE | PC | 06/05/2021 | 10:01 | NEW YORK, NY 10036 | System Generated | | | 06/05/2021 09:27:16 | |
| ARRIVAL AT UNIT | 07 | 06/05/2021 | 10:00 | NEW YORK, NY 100369998 | Scanned | IMD 18265D803D (interface type - wireless) | Scanned by route 0036C000 | 06/05/2021 09:27:14 | OFD Same Day |
| ENROUTE/PROCESSED | 10 | 06/05/2021 | 08:37 | NEW YORK, NY 10199 | Scanned | PSS-005-18 | | 06/05/2021 07:51:07 | |
| ENROUTE/PROCESSED | 10 | 06/04/2021 | 19:38 | HARRISBURG, PA 17107 | Scanned | PSS-003-23 | | 06/04/2021 18:45:06 | |
| ACCEPT OR PICKUP | 03 | 06/04/2021 | 16:35 | LANCASTER, PA 176049992 | Scanned | RSS POS | Destined to route C011 | 06/04/2021 15:58:08 | Facility Finance Number: 414408 |

Enter up to 35 items separated by commas.

Select Search Type: [Quick Search ▼]    [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 21.3.1.1.1.6

*postal Inspector is looking into why return receipt was not signed. Package was delivered to whom not aware of. Locating who worked the route that day. I dont think my mail was delivered.*



*How communications can take place between the human body & computers to connect remotely.*



**Figure 1.** The four-layer typical architecture of an eHealthcare system.

Such sensors continuously capture and relay vital parameters. However, depending on the functionalities and computation capabilities of nodes, data may require low-level on-tag processing prior to transmission. The collected data then may either initially be relayed to a central coordinator on the body or may be transmitted directly to the upper layers for further processing. The required transmission power by a sensor node in an off-body communication is mainly dependent on a number of factors such as Body Path Loss (BPL), Receive Noise Figure (RNF) and Signal to Noise Ratio (SNR) [26]. BPL greatly depends on the radiation patterns of the antennas used [27,28]. RNF is also a device-dependent factor. Each device has its own RNF and is indicated in its datasheet. SNR however is influenced by the quality of the overall communication link. The performance of SNR can be improved by a number of techniques such as Error Control Coding (ECC) techniques and Single-Input and Multiple-Output (SIMO) methods [29,30].

Layer 2 contains user interaction devices. Depending on the selected wireless communication protocol, different devices may be required to be used. For instance, Bluetooth-based sensor nodes require Bluetooth-based monitoring devices such as smartphones or PDAs. Layer 2 acts as an Access Point (AP). APs for residential monitoring are usually located within a room environment. Each room is equipped with an AP, where wireless devices are connected to a wired network, Wi-Fi or other relevant standards [31]. Collected data from this layer is required to be transferred to an upper layer (layer 3) in order to be prepared for the final destination. From room (layer 2) to black box (layer 3), there are a number of home networking possibilities that need to be considered [32].

There are three "room-to-box" scenarios which are explained in more detail as follows. First scenario provides an approach based on dedicated cabling. In this scenario, either both data and power are transferred over a cable (e.g., Power over Ethernet (POE)) [33] or data and power are transferred over separate cables (e.g., power over mains and data over

EMI
Electronic Medical Interpretation

Thermogram standard color scale @ 8° temperature range


Chandler_Erica__5-20-2021_12-


Chandler_Erica__5-20-2021_12-


Chandler_Erica__5-20-2021_12


Chandler_Erica__5-20-2021_12-


Chandler_Erica__5-20-2021_12-


Chandler_Erica__5-20-2021_12-


Chandler_Erica__5-20-2021_12-


Chandler_Erica__5-20-2021_12-


Chandler_Erica__5-20-2021_12-

Abnormal heat patterns in my body conflict with other test performed
which raise flags; to question why is my body hot in certain areas.
The patterns in my face help me understand why I notice my facial
Expressions change before my eyes in the mirror that I cannot control.
I also experience involuntary Limb movements.
I have other specialist appointments ahead to further evaluate.



Thermogram standard color scale @ 8° temperature range

EMI
Electronic Medical Interpretation



Chandler_Erica__5-20-2021_12-



Chandler_Erica__5-20-2021_12-



Chandler_Erica__5-20-2021_12



Chandler_Erica__5-20-2021_12-



Chandler_Erica__5-20-2021_12-



Chandler_Erica__5-20-2021_12-



Chandler_Erica__5-20-2021_12-



Chandler_Erica__5-20-2021_12-



Chandler_Erica__5-20-2021_12-




Thermogram standard color scale @ 8° temperature range





Chandler_Erica__5-20-2021_12-2      Chandler_Erica__5-20-2021_12-2      Chandler_Erica__5-20-2021_12





Chandler_Erica__5-20-2021_12-2      Chandler_Erica__5-20-2021_12-2      Chandler_Erica__5-20-2021_12-3





Chandler_Erica__5-20-2021_12-3      Chandler_Erica__5-20-2021_12-3      Chandler_Erica__5-20-2021_12-3



Thermogram standard color scale @ 8° temperature range



Electronic Medical Interpretation



Chandler_Erica__5-20-2021_12-3



Chandler_Erica__5-20-2021_12-3



Chandler_Erica__5-20-2021_12



Chandler_Erica__5-20-2021_12-3



Chandler_Erica__5-20-2021_12-3



Chandler_Erica__5-20-2021_12-3



Chandler_Erica__5-20-2021_12-3



Chandler_Erica__5-20-2021_12-3



Chandler_Erica__5-20-2021_12-3

Thermogram standard color scale @ 8° temperature range




Electronic Medical Interpretation



Chandler_Erica__5-20-2021_12-3



Chandler_Erica__5-20-2021_12-3



Chandler_Erica__5-20-2021_12



Chandler_Erica__5-20-2021_12-3



Chandler_Erica__5-20-2021_12-3



Chandler_Erica__5-20-2021_12-3



Chandler_Erica__5-20-2021_12-3



Chandler_Erica__5-20-2021_12-3



Chandler_Erica__5-20-2021_12-3



Thermogram standard color scale @ 8° temperature range



Chandler_Erica__5-20-2021_12-

Corporate Address:  EMI Inc. 1603 Capitol Ave, Suite 310 #A175 Cheyenne, WY 82001
Email:   admin@emiinterp.com
©2001 - 2018 Electronic Medical Interpretation Inc. All rights reserved



**NAME:** Chandler, Erica S
**DOB:** 2/4/1979  **SEX:** Female

**MRN:** 930930852
**Ordering Provider:** Karim, Afsheen A, MD
2145 NOLL DR
LANCASTER PA 17603
**PCP:** Karim, Afsheen A

**Patient Class:** Outpatient

**Patient Location:**
**Performing Location:**
Regional Outpatient Center MRI Imaging
1160 Manheim Pike
Lancaster PA 17601-3120
717-869-4687

**Reason for Exam:** HEADACHE
**Comments:**

Regional Outpatient Center MRI Imaging
**Imaging Result**

**Procedure Performed:** Brain with and without contrast   **CPT:** 70553
**Exam Date & Time:** 04/08/2021  3:15 PM   **Accession Number:** 1003414717

EXAM:
MRI BRAIN WITHOUT AND WITH CONTRAST

HISTORY:
Dizziness.  Chronic non intractable headache.  Bilateral tinnitus, right greater than left.  Migraines.  Balance issues.

COMPARISON:
CT brain exam dated 09/07/2020.

TECHNIQUE:
Multiplanar multisequence MRI of the brain without and with intravenous contrast was performed and reviewed.
CONTRAST: 7.1 mL of Gadavist intravenously.

FINDINGS:
PARENCHYMA: No hemorrhage, edema, midline shift or mass-effect.

Very subtle focal white matter signal alterations in the pericallosal white matter along the posterior body of the corpus callosum.  Series 12, image 9 on the left and series 12 image 14 on the right.  These correspond to series 6, image 9.  No enhancement in this area.

No evidence of acute ischemia. No other region of abnormal enhancement after intravenous gadolinium.

VENTRICLES/EXTRA-AXIAL SPACES: Normal size and configuration for age. No extra-axial collection.

High-resolution imaging through the cerebellopontine angle cistern do not show any suspicious findings.  Structures of the IAC are within normal

limits bilaterally.  No suspicious enhancement.

FLOW VOIDS: Unremarkable.

MIDLINE STRUCTURES: Unremarkable.

CALVARIUM/SOFT TISSUES: Unremarkable.

PARANASAL SINUSES/MASTOID AIR CELLS: Visualized portions are clear.

MISCELLANEOUS: There is no significant abnormality noted otherwise.

IMPRESSION:
Minimal focal FLAIR signal alteration identified in the pericallosal white matter corresponding to the region of the cortical spinal tracts. Symmetry favors that this may be a normal variation.  As appropriate clinically consider interval follow-up re-evaluation.

No suspicious lesion along the IAC or cerebellopontine angle cistern.

No acute infarct or hemorrhage or suspicious mass.
Contrast Protocol:  In cases when use of the Medical Staff approved contrast protocol was deemed necessary and appropriate, physician electronic signature indicates review and approval.

Signed By:  Anand S Jagannath, MD on 4/9/2021  4:51 AM

If a physician has questions regarding this report, a Quantum Radiologist can be reached by phone at **717-932-8030**.

If you have received this document by facsimile, the information contained in this transmission is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the information is strictly prohibited, and that the documents should be returned to: **UPMC Pinnacle, Attn: Compliance and Privacy Officer, PO Box 8700, Harrisburg, PA 17105** immediately.  In this regard, if you have received this FAX in error, please notify the Compliance and Privacy Officer at (717) 231-8211 immediately so we can arrange for the return of the original documents to us at no cost to you.  For all other issues related to the receipt of this fax please call (717)782-3240.

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  **Erica S. Chandler**<br>**110 Hess Blvd.**<br>**Lancaster, PA 17601** | From:  **Philadelphia District Office**<br>**801 Market Street**<br>**Suite 1000**<br>**Philadelphia, PA 19107** |

| | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **530-2021-02705** | **Legal Unit,**<br>**Legal Technician** | **(267) 589-9707** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]  The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X]  Other *(briefly state)*    **No employer-employee relationship**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Dana R Hutter*

April 16, 2021

Enclosures(s)

**Dana R. Hutter,**
**Deputy Director**

*(Date Issued)*

cc:  **Jane Mannon**
**MILTON S. HERSHEY MEDICAL CENTER**
**VP OF HUMAN RESOURCES**
**500 University Drive - A130**
**Hershey, PA 17033**

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _Erica S. Chandler_

Address of Defendant: _Jane Munson, Milton S. Hershey Medical Center 500 University Drive A130 Hershey, PA. 17033._

Place of Accident, Incident or Transaction: _Hershey Medical Center_

---

**RELATED CASE, IF ANY:**

Case Number: _5:21-cv-02788_      Judge: _Honorable Judge Gallgher_      Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☒   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☒   No ☐

I certify that, to my knowledge, the within case ☒ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _July 16, 2021_      _Erica S. Chandler_      _____
                            *Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.   Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☒ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
      *(Please specify): _____*

**B.   Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify): _____*
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
      *(Please specify): _____*

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _Erica S. Chandler_, counsel of record *or* pro se plaintiff, do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _July 16, 2021._      _Erica S. Chandler_      _____
                            *Attorney-at-Law / Pro Se Plaintiff*      *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*